# 640

Opinion filed January 12, 1934.

Robert I. Pugh, Philip L. Turner and U. G. Ward, for plaintiff in error. Kenneth F. Kelly, State's Attorney, for defendant in error.

Mr. Justice Davis delivered the opinion of the court.

James D. Wester, appellee, v. Frank E. Lefferdink, trading as Lefferdink Construction Company, appellant. Gen. No. 8,799.

Opinion filed January 12, 1934.

Gillespie, Burke & Gillespie, for appellant. Hoff & Hoff, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Edward L. Jones, appellee, v. Philip George, appellant. Gen. No. 8,811.

Opinion filed January 12, 1934.

O'Harra, O'Harra & Roeth, for appellant. Clyde P. Johnson, for appellee.

Mr. Justice Davis delivered the opinion of the court.

William Henry Stahl, administrator of the estate of Isaac N. Stahl, deceased, appellee, v. Walter Jones, appellant. Gen. No. 8,684.

Opinion filed January 12, 1934.

Dobbins & Dobbins, for appellant. A. J. B. Showalter and Herrick & Herrick, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

T. E. Lyons, receiver of the Arcola State Bank of Arcola, appellant, v. Estate of Ralph G. Ernst, deceased, appellee. Gen. No. 8,765.

Opinion filed January 12, 1934.

John McNutt, for appellant. U. G. Ward, Robt. I. Pugh and Philip L. Turner, for appellee.

Mr. Justice Fulton delivered the opinion of the court.